UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                  Case no:  **3:19-BK-03689-JAB**

**GERMADINE TATUM**                           Chapter 13
            Debtor

_____

## REPORT OF STANDING TRUSTEE

    COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and hereby shows the Court that:

    1.  Pursuant to orders of dismissal, orders of conversion, and orders of distribution, total receipts were disbursed for the above named estate.  All disbursement checks have cleared the trust account except payments to or intended for **CORNERSTONE EDUCATION LOAN SERVICES, P O BOX 790322, ST LOUIS, MO  63179, an unsecured claimant.**

    2. More than 90 days have elapsed since the distribution of the final payment.  Pursuant to 11 U.S.C. Section 347, a check in the amount of **$14,329.30**, has been forwarded to the Clerk of the Court, Jacksonville Division, 300 N Hogan St, Suite 3-150, Jacksonville, Florida 32202 along with a copy of this report.  The claimant entitled thereto is as shown above.

    Respectfully submitted this 25th day of September, 2024.

                                                              /s/ Douglas W. Neway
                                                              _____
                                                              Douglas W. Neway, Trustee
                                                              Post Office Box 4308
                                                              Jacksonville, Florida 32201
                                                              Phone: (904) 358-6465
                                                              Fax: (904) 634-0038